

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00341-CR

| | | |
|---|---|---|
| Michael Lopez | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1490785D) |
| v. | § | July 5, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments. The judgments are modified to reflect that Lopez was acquitted on the first count of aggravated assault with a deadly weapon and that there is only one ten-year sentence for his conviction on count two. It is ordered that the judgments of the trial court are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
 Chief Justice Bonnie Sudderth